Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nonelectric dry shavers similar in all material respects to those the subject of Abstract 63302, the claim of the plaintiff was sustained.

MARCH 15, 1960

No. 63978.—SUIT 4977.—B. A. McKenzie & Co., Inc., and W. J. Byrnes and Company, a/c M. S. Cowen Co. v. United States.— ▮▮▮▮ —C.D. 2019 affirmed December 7, 1959.  C.A.D. 726.

BEFORE THE FIRST DIVISION, MARCH 21, 1960

No. 63979.—R. J. Saunders Co., Inc. v. United States, protest 59/8261 (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of D. N. & E. Walter & Co. et al. v. United States (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 63980.—Venetianaire Corp. of America v. United States, protest 59/26054 (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of D.N. & E. Walter & Co. et al. v. United States (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 63981.—R. J. Saunders & Co., Inc. v. United States, protest 59/28072 (New York).